In the Matter of the Arbitration between RED LINE COMMERCIAL Co., INC., Appellant, and PASTENE Co., LIMITED, Respondent.

Argued February 28, 1946; decided April 12, 1946.

*Irving Schneider* and *Joseph D. Allen* for appellant.
*Joseph Joffe* and *Max Schoengold* for respondent appearing specially.

Appeal dismissed, with costs, upon the ground that the order does not finally determine a special proceeding within the meaning of the Constitution. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. MEDALIE, J., deceased.